```
1  CATHERINE E. AROSTEGUI, SBN 118756
   PETER MCENTEE, SBN 252875
2  BEESON, TAYER & BODINE, APC
   520 Capitol Mall, Suite 300
3  Sacramento, CA  95814-4714
   Telephone:    (916) 325-2100
4  Facsimile:    (916) 325-2120
   Email:        carostegui@beesontayer.com
5

6  Attorneys for Plaintiff,
   Teamsters Benefit Trust
7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TEAMSTERS BENEFIT TRUST, | Case No. CV-12-2587 MEJ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE PLAINTIFF'S EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| v. | |
| DAVID AND TINA ARMAGOST, | |
| Defendants. | |

Having considered Plaintiff's Ex Parte Motion and Declaration of Catherine E. Arostegui in support thereof, the Court finds good cause exists to continue the Case Management Conference and corresponding dates as follows:

1. The Case Management Conference will be continued from August 23, 2012 at 10:00 a.m. in Courtroom B of the San Francisco Courthouse until October 25, 2012 at 10:00 a.m. in Courtroom B of the San Francisco Courthouse.

2. The Rule 26(f) Report, Initial Disclosures and Case Management Conference Statement filing deadline will be continued from August 16, 2012 to October 4, 2012; three (3) weeks prior to the new Case Management Conference date.

[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE
APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RELTATED DEADLINES
Case No. CV-12-2587 MEJ

1

279615.doc

1  IT IS SO ORDERED.

2  Dated: July 25, 2012       By: _____
3                                  THE HONORABLE MARIA-ELENA JAMES
                                   United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE
APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RELTATED DEADLINES
Case No. CV-12-2587 MEJ

2

279615.doc