1  PETER M. MCENTEE, SBN 252075
   BEESON, TAYER & BODINE, APC
2  520 Capitol Mall, Suite 300
   Sacramento, CA 95814-4714
3  Telephone:  (916) 325-2100
   Facsimile:   (916) 325-2120
4  Email:         pmcentee@beesontayer.com

5
   Attorneys for Plaintiff
6  TEAMSTERS BENEFIT TRUST

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TEAMSTERS BENEFIT TRUST,<br><br>                              Plaintiff,<br><br>          v.<br><br>DAVID AND TINA ARMAGOST,<br><br>                              Defendants. | Case No. CV-12-2587 MEJ<br><br>[PROPOSED] ORDER FOR PUBLICATION OF SUMMONS AND COMPLAINT |

15

16    This Court has read and considered the application of Plaintiff Teamsters Benefit Trust for an

17 order directing service of the summons and complaint on defendants David and Tina Armagost by

18 publication, and the evidence presented in support of this application, and it appears to the

19 satisfaction of the court that defendants David and Tina Armagost cannot be served with reasonable

20 diligence in any other manner set forth in Code of Civil Procedure section 415.10 through 415.30.

21 The Court also finds that plaintiff has stated facts sufficient to constitute a cause of action against

22 defendants David and Tina Armagost.

23    **THEREFORE, IT IS ORDERED** that:

24    Service of the summons and complaint in this action on defendants David and Tina Armagost

25 shall be accomplished by publication in the Oakland Tribune, a newspaper published in the State of

26 California, and designated as the newspaper most likely to give actual notice to the defendants.

27    The publication shall be made once a week for four weeks, or any longer period as required

28 by the Court.

                                                                                              1

[PROPOSED] ORDER FOR PUBLICATION
OF SUMMONS AND COMPLAINT
Case No. CV-12-2587 MEJ

291284.doc

1 | If defendant's addresse(s) are ascertained prior to the expiration of the time prescribed for
2 | publication of the summons and complaint, a copy of the summons, complaint, related court orders
3 | and a copy of the order for publication shall immediately be mailed to defendants.
4 | This order does not preclude service upon defendants David and Tina Armagost in any other
5 | manner specified in Code of Civil Procedure sections 415.10 through 415.30, which service
6 | supersedes the service by publication.   The October 25, 2012 CMC is VACATED.  A status report shall be filed by November 28, 2012.
7 | IT IS SO ORDERED:
8 |
9 | DATED  October 1, 2012                    BY: _____
         THE HONORABLE MARIA-ELENA JAMES
         U.S. Magistrate Judge