```
PETER M. MCENTEE, SBN 252075
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:    (916) 325-2100
Facsimile:    (916) 325-2120
Email:        pmcentee@beesontayer.com
```

Attorneys for Plaintiff
TEAMSTERS BENEFIT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS BENEFIT TRUST,<br><br>                    Plaintiff,<br><br>         v.<br><br>DAVID AND TINA ARMAGOST,<br><br>                    Defendants. | Case No. CV-12-2587 MEJ<br><br>***AMENDED*** [~~PROPOSED~~] ORDER FOR PUBLICATION OF SUMMONS AND COMPLAINT [WITHOUT ATTACHMENTS] - [ADDING TWO PUBLICATIONS] |

This Court has read and considered the application of Plaintiff Teamsters Benefit Trust for an order directing service of the summons on defendants David and Tina Armagost by publication, and the evidence presented in support of this application, and it appears to the satisfaction of the court that defendants David and Tina Armagost cannot be served with reasonable diligence in any other manner set forth in Code of Civil Procedure section 415.10 through 415.30.  The Court also finds that plaintiff has stated facts sufficient to constitute a cause of action against defendants David and Tina Armagost.

**THEREFORE, IT IS ORDERED** that:

Service of the summons in this action on defendants David and Tina Armagost shall be accomplished by publication in the Oakland Tribune, The Hayward Daily Review and the Tri-Valley Herald, newspapers published in the State of California, which circulate in the areas of the last known addresses of Defendants and designated as the newspapers most likely to give actual notice to the defendants.

1  The publication shall be made once a week for four weeks, or any longer period as required by the Court.

2  If defendant's addresse(s) are ascertained prior to the expiration of the time prescribed for publication of the summons, a copy of the summons, complaint, related court orders and a copy of the order for publication shall immediately be mailed to defendants.

3  This order does not preclude service upon defendants David and Tina Armagost in any other manner specified in Code of Civil Procedure sections 415.10 through 415.30, which service supersedes the service by publication.

IT IS SO ORDERED:

DATED October 3, 2012            BY: _____
                                      THE HONORABLE MARIA-ELENA JAMES
                                      U.S. Magistrate Judge