1  PETER M. MCENTEE, SBN 252075
   BEESON, TAYER & BODINE, APC
2  520 Capitol Mall, Suite 300
   Sacramento, CA 95814-4714
3  Telephone: (916) 325-2100
   Facsimile: (916) 325-2120
4  Email: PMcEntee@beesontayer.com

Attorneys for Plaintiff
TEAMSTERS BENEFIT TRUST

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS BENEFIT TRUST, | Case No. CV-12-2587 MEJ |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT RE SERVICE OF SUMMONS AND COMPLAINT BY PUBLICATION** |
| v. | |
| DAVID AND TINA ARMAGOST, | |
| Defendants. | |

Pursuant to the Court's October 1, 2012 Order, Plaintiff hereby submits the following status report regarding service of process of the Summons and Complaint by Publication.

On October 3, 2012, the Court approved Plaintiff's Ex Parte request to effect service of the Summons and Complaint by publication. The Summons and Complaint was published in the Legal Advertisement sections of the Oakland Tribune, Daily Review and Tri-Valley Herald on October 9, 2012; October 16, 2012; October 23, 2012 and October 30, 2012 (see attached copies of the Proofs of Publications).

As of today's date, Defendants have not responded to the publication of the Summons and Complaint, nor have Plaintiff's been able to ascertain Defendants current addresses. Accordingly, Plaintiff's hereby request that the Court deem the service of the Summons and Complaint as complete.

If the court deems service completed, Plaintiff's will then file a Request for Entry of Default.

Dated: November 27, 2012

BEESON, TAYER & BODINE, APC

By: /s/ Peter McEntee
PETER M. MCENTEE
Attorneys for Plaintiff
TEAMSTERS BENEFIT TRUST

PLAINTIFF'S STATUS REPORT RE SERVICE
OF SUMMONS AND COMPLAINT VIA PUBLICATION
Case No. CV-12-2587 MEJ

2

301199.doc