UNITED STATES  DISTRICT COURT

Northern District of California

TRUSTEES ON BEHALF OF TEAMSTERS
BENEFIT TRUST,

                    Plaintiff,

    v.

DAVID and TINA ARMAGOST,

                  Defendants.

_____/

No. C 12-02587 MEJ

**ORDER RE: STATUS**

     Plaintiff shall file a case status report by February 25, 2013.

     **IT IS SO ORDERED.**

Dated: February 11, 2013

                                  _____
                                  Maria-Elena James
                                  United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**