# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>              Plaintiff,<br><br>   v.<br><br>DAVID and TINA ARMAGOST,<br><br>              Defendants.<br>_____/ | No. C 12-02587 MEJ<br><br>**ORDER RE: STATUS** |

Plaintiff shall file a case status report by February 25, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

                                                  Maria-Elena James<br>
                                                  United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**