| | | |
|---|---|---|
| Duane B. Beeson<br>Neil Bodine<br>Robert Bonsall<br>Geoffrey Piller<br>Catherine E. Arostegui<br>John C. Provost<br>Andrew H. Baker<br>Sheila K. Sexton<br>Matthew Morbello<br>Dale L. Brodsky<br>Teague P. Paterson<br>Costa Kerestenzis<br>David Weintraub<br>Margaret A. Geddes<br>Sarah Sandford-Smith<br>Peter M. McEntee<br>Susan K. Garea<br>Vishtasp Soroushian<br>Adrian Barnes<br>Christopher Hammer<br>Dalisai Nisperos | **BEESON, TAYER & BODINE**<br>Attorneys at Law<br>A Professional Corporation<br>520 Capitol Mall, Suite 300<br>Sacramento, California 95814-4714<br>(916) 325-2100<br>FAX (916) 325-2120<br> | Oakland Office<br>Ross House, Suite 200<br>483 Ninth Street<br>Oakland, CA 94607-4051<br>(510) 625-9700<br>FAX (510) 625-8275<br><br>Donald S. Tayer<br>(1932-2001)<br><br>WWW.BEESONTAYER.COM<br><br>pmcentee@beesontayer.com |

March 27, 2013

Maria-Elena James
Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Teamsters Benefit Trust v. David Armagost and Tina Armagost*
           (Case No. CV-12-2587 MEJ)

Dear Honorable Maria-Elena James:

    I am writing on behalf of Plaintiff to request an extension of time to April 12, 2013 to submit its Motion for Default Judgment. Per the Court's February 25, 2013 Order, Plaintiff filed their Status Report on February 22, 2013. In the Status Report, Plaintiff indicated they would file their Motion for Default Judgment no later than March 29, 2013. However, Plaintiff's counsel has been traveling extensively for the past several weeks due to client related business throughout the state to cover various arbitrations and administrative hearings.

    Thank you for your time and attention to this request and please do not hesitate to contact me if you have any questions or need anything further.

Sincerely,

Peter M. McEntee

PMM/cjb



Dated: 3/28/2013

324414.doc (1330-0173)