DUANE B. BEESON
NEIL BODINE
ROBERT BONSALL
GEOFFREY PILLER
CATHERINE E. AROSTEGUI
JOHN C. PROVOST
ANDREW H. BAKER
SHEILA K. SEXTON
MATTHEW MORBELLO
DALE L. BRODSKY
TEAGUE P. PATERSON
COSTA KERESTENZIS
DAVID WEINTRAUB
MARGARET A. GEDDES
SARAH SANDFORD-SMITH
PETER M. MCENTEE
SUSAN K. GAREA
VISHTASP SOROUSHIAN
ADRIAN BARNES
CHRISTOPHER HAMMER
DALISAI NISPEROS

# BEESON, TAYER & BODINE
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION
520 CAPITOL MALL, SUITE 300
SACRAMENTO, CALIFORNIA 95814-4714
(916) 325-2100
FAX (916) 325-2120



OAKLAND OFFICE
ROSS HOUSE, SUITE 200
483 NINTH STREET
OAKLAND, CA 94607-4051
(510) 625-9700
FAX (510) 625-8275

DONALD S. TAYER
(1932-2001)

WWW.BEESONTAYER.COM

pmcentee@beesontayer.com

April 12, 2013

Maria-Elena James
Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Teamsters Benefit Trust v. David Armagost and Tina Armagost*
            *(Case No. CV-12-2587 MEJ)*

Dear Honorable Maria-Elena James:

    I am writing on behalf of Plaintiff to request a further extension of time to April 15, 2013 to submit its Motion for Default Judgment. We had fully intended to file the motion today, but unfortunately our client is unable to provide us with a signed declaration until Monday, April 15, 2012.

    Thank you for your time and attention to this request and please do not hesitate to contact me if you have any questions or need anything further.

Very truly yours,

Peter M. McEntee

PMM/cjb

**GRANTED**
Judge Maria-Elena James

DATED: 4/12/2013

327891.doc (1330-0173)