1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT

6
7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    TRUSTEES ON BEHALF OF TEAMSTERS
     BENEFIT TRUST,
9                                                    No. C 12-02587 JSW
                Plaintiff,
10
11        v.
                                                     **ORDER ADOPTING REPORT AND
12   DAVID ARMAGOST and TINA                         RECOMMENDATION RE
     ARMAGOST,                                       PLAINTIFF'S MOTION FOR
13                                                   DEFAULT JUDGMENT**
                Defendants.
14   _____/

15        This matter comes before the Court upon consideration of the Report and

16   Recommendation ("Report") prepared by Magistrate Judge Maria-Elena James, in which she

17   recommends that the Court grant Plaintiff's motion for default judgment.  The deadline for

18   filing objections to the Report has passed, and neither party has filed objections.

19        The Court has considered the Report, relevant legal authority, and the record in this

20   case.  The Court finds the Report thorough and well reasoned and adopts it in every respect.

21   Accordingly, the Court grants Plaintiff's motion for default judgment.  The Court enters default

22   judgment as to Plaintiff's first claim for equitable restitution pursuant to ERISA, 29 U.S.C. §

23   1132(a)(3), and enters default against Defendants David and Tina Armagost in the amount of

24   $111,754.54 in damages, $4,775.00 in attorneys' fees (comprised of 19.1 hours of attorney time

25   at a rate of $250 per hour), and $1,825.23 in costs (all costs with the exception of online legal

26   research fees).

27
28

**United States District Court**
For the Northern District of California

The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:   June 4, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2